UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Erik Johnson**
County of Residence: Outside the State of Arizona
County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **Proctorio, Inc.**
County of Residence: Maricopa

Plaintiff's Atty(s):

Eric M Fraser
Osborn Maledon, PA
2929 N Central Ave. Ste 2100
Phoenix, Arizona  85012
6026409321

Defendant's Atty(s):

---

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
    Plaintiff:- **2 Citizen of Another State**
    Defendant:- **4 AZ corp or Principal place of Bus. in AZ**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **820 Copyrights**

VI. Cause of Action:     **Copyright Act, 17 U.S.C. §§ 106, 107; Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(f) Declaratory judgment of noninfringement under the Copyright Act; injunctive relief and damages for misrepresentation of copyright claims.**

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** s/ Eric M. Fraser

**Date:** April 21, 2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014