# EXHIBIT INDEX TO COMPLAINT

| Exhibit No. | Description |
|:---:|:---|
| **1** | Annotated screenshot of September 7–11, 2020 Twitter thread by @ejohnson99 |
| **2** | Printout of software code excerpt re algorithm metrics |
| **3** | Printout of software code excerpt re comparison metrics |
| **4** | Printout of software code excerpt re exam termination reasons |
| **5** | Printout of software code excerpt re blacklisted programs |
| **6** | Screenshot of September 7–8, 2020 Twitter messages between Erik Johnson and Mike Olsen |
| **7** | October 19, 2020 email from Twitter Support to E. Johnson re DMCA notice |
| **8** | Screenshot of November 11, 2020 Twitter thread by @ejohnson99 |
| **9** | November 25–December 9, 2020 email thread between GitHub Support and Erik Johnson re DMCA notice |

7166046v2

# Exhibit 1



**Erik Johnson** @ejohnson99 · Sep 7, 2020 · · ·

Hey @proctorio @artfulhacker How do you explain this?
You have strings referencing

"A Proctorio agent will review and verify the test taker's room scan"
and
"live id check"

All while still saying that professors are the only ones who can access recordings and look at students?

◯ 14          ⊔ 205          ♡ 405          ↑



**Erik Johnson** @ejohnson99 · Sep 7, 2020 · · ·

"Test takers will connect to a live human based on suspicion level during the exam" - seemingly, if you raise enough flags to the algorithm during your exam, Proctorio's "agents" will spy on you.
These so-called "agents" appear to have full access to the feed of students' exams.

◯ 1          ⊔ 11          ♡ 128          ↑



**Erik Johnson** @ejohnson99 · Sep 7, 2020 · · ·

While "verifying room" they can take actions through a UI prompt asking them "How should Proctorio respond to Verify Room violations?" options are:
- Interrupt the exam to ensure compliance
- Immediately remove the test taker from the exam
- Add incident to Proctorio Gradebook

◯ 1          ⊔ 8          ♡ 103          ↑



**Erik Johnson** @ejohnson99 · Sep 7, 2020 · · ·

Here's a list of metrics Proctorio looks for & flags:
- Changes in audio levels
- Abnormal clicking
- Abnormal copy & pastes
- Abnormal exam duration
- End times
- Eye movement
- # of faces
- Head movement
- Abnormal movement of mouse
& more pastebin.com/2Kbez442

◯ 3          ⊔ 20          ♡ 114          ↑

1

 **Erik Johnson** @ejohnson99 · Sep 7, 2020 ...

They use these metrics to compare you to other students in the class,
flagging students and their deviation away from the average number of
- copy/pastes
- resizes
- audio spikes
- head & eye movements
- mouse movements
- keystrokes
pastebin.com/PtPiv8sM

 2           6           89          

 **Erik Johnson** @ejohnson99 · Sep 7, 2020 ...

Your attempt can be terminated if...
- 2+min disconnection
- Attempt to modify page
- Attempt to download a file
- Plugged in a monitor
- (Un)plugged camera/mic
- "hardware malfunction"
- Switched networks
- Switched Proxies
- Reloaded tab
pastebin.com/gWtv3V9x

 2          ↑↓ 11           91          ↑

 **Erik Johnson** @ejohnson99 · Sep 7, 2020 ...

In some cases, you will have to scan your room. At the begining  of the
exam, and during if your suspicion level raises. Proctorio compiles the
footage into a street-view like 360 image of your room/house that your
professor can access and seemingly proctorio "agents" too.



○ 2          ↑↓ 15          ♡ 83          ↑



**Erik Johnson** @ejohnson99 · Sep 7, 2020                                    ···

If you have a poor internet connection, Proctorio isn't so nice about it...
"No, your connection is terrible and you will experience issues during an
exam. If you decide to take an exam on this connection we will notify your
institution you were warned and ignored the warning."

◯ 2              ⇅ 8              ♡ 101              ↥



**Erik Johnson** @ejohnson99 · Sep 7, 2020                                    ···

The Proctorio chrome extension "self-destructs" and uninstalls itself if it
sees a chrome devtools window open, and redirects students to this
page in an attempt to scare them. lti.proctor.io/hacker It doesn't lock your
IP and it doesn't forward anything to an admin.



◯ 1              ⇅ 58              ♡ 168              ↥



**Erik Johnson** @ejohnson99 · Sep 7, 2020                                    ···

A similar thing happens if it detects a proxy az545770.vo.msecnd.net
/lti/proxy or a network interception az545770.vo.msecnd.net/lti/intercept
On the topic of proxies/network auditing, Proctorio seemingly routes ALL
of your chrome browsing traffic through their servers and hides it from
any tools.

◯ 1              ⇅ 12              ♡ 85              ↥



**Erik Johnson** @ejohnson99 · Sep 7, 2020                                    ···

This isn't just active when you're taking a test, it ALWAYS does this if it's
installed. For example, if you open Charles/Burp with the proctorio
extension installed, you won't see ANY of your network traffic from
chrome. I can't see where it's sending data because no DevTools.

◯ 2              ⇅ 14              ♡ 101              ↥

3

**Erik Johnson** @ejohnson99 · Sep 7, 2020   ...

It's seemingly impossible to tell when the proctorio extension is collecting data from your browser and when it's not. It has all permissions whenever installed and could be logging data 24/7. They claim that they use "zero-knowledge encription" and don't have access to data.

◯ 1          ⇄ 16          ♡ 107          ⬆

**Erik Johnson** @ejohnson99 · Sep 7, 2020   ...

However, I'm not sure how true this statement is when there's clearly a way for "agents" to view exam streams, when the CEO posts a student's chat logs publicly to attack him, and when they put a law suit against someone linking tutorial videos. see:

Proctorio is suing one of our UBC champions for student dignity....
🔗 reddit.com

◯ 1          ⇄ 14          ♡ 114          ⬆

**Erik Johnson** @ejohnson99 · Sep 7, 2020   ...

Not only are the privacy concerns very real, but Proctorio, by nature, discriminates against low-class families. Forcing a student to have a private, quiet room with a quality webcam, microphone, stable internet connection, and computer can be nearly impossible for some.

◯ 2          ⇄ 36          ♡ 178          ⬆

**Erik Johnson** @ejohnson99 · Sep 7, 2020   ...

Students everywhere have been sharing their concerns through tweets, petitions, and more. @Procteario has a collection of some of these student voices. As a student at @miamiuniversity I think @PresGreg and the university needs to reconsider its adoption of the Proctorio spyware.

◯ 1          ⇄ 4          ♡ 88          ⬆

**Erik Johnson** @ejohnson99 · Sep 7, 2020   ...

Not just MU, but campuses across the country need to take into account the company's practices, CEO's behavior, privacy concerns, and student morale. Change isn't going to happen if the universities and your professors don't know about these things.

◯ 1          ⇄ 4          ♡ 69          ⬆

4

**Erik Johnson** @ejohnson99 · Sep 7, 2020 ···

End of thread for now, but I will update as I come across more information. Hopefully @artfulhacker will unprivate his account and come out of damage control mode that his actions of posting a student's chat logs incited, and actually address concerns of the public.

♡ 2          ⟲ 4          ♡ 77          ⬆

**Erik Johnson** @ejohnson99 · Sep 8, 2020 ···

Here are a few YouTube videos that are "unlisted" however, they are linked to from multiple publicly accessible university websites. Proctorio Gradebook Tour: Shows how Proctorio sorts and displays student attempts by "suspicion level"
youtu.be/Sy_qdEo-52M

♡ 2          ⟲ 1          ♡ 60          ⬆

**Erik Johnson** @ejohnson99 · Sep 8, 2020 ···

Here's one that shows some of the Lockdown options: youtu.be /TbLDFUEKs-g

And a full 15 minute demo of Proctorio working in the Canvas LMS.
youtu.be/51s51NQEgjM

♡ 1          ⟲ 2          ♡ 52          ⬆

**Erik Johnson** @ejohnson99 · Sep 8, 2020 ···

And here's a few more that aren't very notable and just show where to access certain areas of the software:
youtu.be/k6D72vizidY
youtu.be/OyUI4Ca-lb0
youtu.be/7vG7F5WBCs4
youtu.be/4MOZYxfYYhk
youtu.be/w8RVOORl0Lk
youtu.be/BS_OMKxumA8
youtu.be/BxmSb_pvNmA

♡ 3          ⟲ 1          ♡ 54          ⬆

**Erik Johnson** @ejohnson99 · Sep 8, 2020 ···

Again, these videos are all located on easily accessible websites that can be found with a quick Google search. Including this PDF document detailing the Proctorio Gradebook: my.namejeff.com/3AaIrsH3.pdf

♡ 1          ⟲ 1          ♡ 52          ⬆



**Erik Johnson** @ejohnson99 · Sep 10, 2020                    •••
No explanation needed. twitter.com/leap4emily/sta...

> This Tweet is unavailable.

○ 2            ↻ 1            ♡ 40            ↑



**Erik Johnson** @ejohnson99 · Sep 11, 2020                    •••
More community response regarding proctoring software. Teachers
threatening to force students to pay for a more invasive remote
proctoring software. Incredible.

> 🔵 **Arie Germaine** @LegendAriee16 · Sep 10, 2020
> .......in the middle of a pandemic... school is a joke rn.. #ncat
> Show this thread
>
> **THAT IS AN INDICATION OF EYES MOVING AWAY
> FROM THE SCREEN.**
>
> **NOW IF THE PRETORIO BEHAVIOR DOES NOT
> IMPROVE ON CONNECT QUIZ 3, THEN YOU WILL
> HAVE TO BUY THE $15 VERSION OF PROCTORIO.**
>
> **I TALKED TO Mc-GRAW-HILL AND THEY SAID THAT A
> LOT OF NEGATIVE BEHAVIOR WAS TAKING PLACE.**
>
> **I would hate to have to write you up for online cheating which
> gets filed in the Dean's office.**

○ 1            ↻ 5            ♡ 86            ↑



**Erik Johnson** @ejohnson99 · Sep 11, 2020                    •••
You may be unable to use it if you have any of these installed. It does this
by looking at audio/video inputs/outputs, and user agent strings.
pastebin.com/BR5ivdmm Sources for all of these files can be found
yourself by accessing the chrome directory for extensions. Paths are:

○ 5            ↻ 2            ♡ 47            ↑

6



**Erik Johnson** @ejohnson99 · Sep 11, 2020                    ···

Mac: ~/Library/Application\ Support/Google/Chrome/Default/Extensions
/fpmapakogndmenjcfoajifaaonnkpkei/1.4.20241.1_0/

Windows: C:\Users\<Your_User_Name>\AppData\Local\Google
\Chrome\User Data\Default\Extensions
\fpmapakogndmenjcfoajifaaonnkpkei\1.4.20241.1_0\

♡ 1              ↻ 2              ♡ 44              ⤒



**Erik Johnson** @ejohnson99 · Sep 11, 2020                    ···

The file containing all the UI prompts from the first few tweets is located
at /_locales. Open up the messages.json file in a text editor and read on.
The path containing the application names can be found by searching the
folder's files for a keyword or, /assets/Js2Q.js

♡ 1              ↻ 1              ♡ 38              ⤒

# Exhibit 2

```
1      "description": "lms metrics abnormal audio desc",
2          "message": "e.g. consistently talking or in noisy room"
3
4
5          "description": "lms metrics abnormal audio title",
6          "message": "Abnormal changes in audio levels highlights test takers that had significant changes in audio activity throughout the exam."
7
8
9          "description": "lms metrics abnormal clicks desc",
10         "message": "e.g. rapidly clicking on various parts of the quiz"
11
12
13         "description": "lms metrics abnormal clicks title",
14         "message": "Abnormal clicking will highlight test takers who interacted with the quiz page less than the rest of the class"
15
16
17         "description": "lms metrics abnormal copy desc",
18         "message": "e.g. excessive copies and pastes"
19
20
21         "description": "lms metrics abnormal copy title",
22         "message": "Abnormal copies and pastes highlights test takers who may have taken material from the exam or brought answers into the exam extensively."
23
24
25         "description": "lms metrics abnormal duration desc",
26         "message": "may indicate help from outside sources"
27
28
29         "description": "lms metrics abnormal duration title",
30         "message": "Abnormal exam duration will highlight test takers who have finished significantly faster or slower than the rest of the class."
31
32
33         "description": "lms metrics abnormal end desc",
34         "message": "may indicate an attempt to bypass system or connectivity issue"
35
36
37         "description": "lms metrics abnormal end title",
38         "message": "End Times will highlight test takers whose LMS end time does not match the Proctorio end time"
39
40
41         "description": "lms metrics abnormal eyes desc",
42         "message": "e.g. consistently looking at different areas of the screen"
43
44
45         "description": "lms metrics abnormal eyes title",
46         "message": "Abnormal eye movement will highlight test takers who may have unauthorized materials within the test environment."
47
48
49         "description": "lms metrics abnormal faces desc",
```

```
 50          "message": "e.g. utilizing additional computer",
 51
 52
 53          "description": "lms metrics abnormal faces title",
 54          "message": "Abnormal number of faces detected will highlight test takers who may have received help from others during the exam."
 55
 56
 57          "description": "lms metrics abnormal head desc",
 58          "message": "e.g. consistently looking at notes or off the screen"
 59
 60
 61          "description": "lms metrics abnormal head title",
 62          "message": "Abnormal head movement will highlight test takers who looked away from the camera significantly more or less than the other test takers."
 63
 64
 65          "description": "lms metrics abnormal ip desc",
 66          "message": "e.g. collaborating with other test takers on quiz at same time"
 67
 68
 69          "description": "lms metrics abnormal ip title",
 70          "message": "Exam Collusion will highlight test takers who took the exam at the same time on the same network"
 71
 72
 73          "description": "lms metrics abnormal keys desc",
 74          "message": "e.g. typing more than other test takers"
 75
 76
 77          "description": "lms metrics abnormal keys title",
 78          "message": "Abnormal use of keystrokes highlights test takers relying on copy and paste or struggling with free response questions."
 79
 80
 81          "description": "lms metrics abnormal less",
 82          "message": "less"
 83
 84
 85          "description": "lms metrics abnormal more",
 86          "message": "more"
 87
 88
 89          "description": "lms metrics abnormal mouse desc",
 90          "message": "e.g. consistently moving the mouse"
 91
 92
 93          "description": "lms metrics abnormal mouse title",
 94          "message": "Abnormal movement of the mouse will highlight test takers who interacted with the quiz page less than the rest of the class."
 95
 96
 97          "description": "lms metrics abnormal resize desc",
 98          "message": "e.g. consistently changing quiz window size"
 99
100
101          "description": "lms metrics abnormal resize title",
102          "message": "Abnormal resizing of the browser highlights test takers who may have had notes or other material hidden behind the quiz window."
```

2

```
"description": "lms metrics abnormal scroll desc",
"message": "e.g. rapidly moving through the quiz"


"description": "lms metrics abnormal scroll title",
"message": "Abnormal scrolling will highlight test takers who interacted with the quiz page less than the rest of the class"


"description": "lms metrics abnormal start desc",
"message": "may indicate an attempt to bypass system or connectivity issue"


"description": "lms metrics abnormal start title",
"message": "Start Times will highlight test takers whose LMS start time does not match the Proctorio start time"


"description": "lms metrics abnormal unfocus desc",
"message": "e.g. open separate webpage"


"description": "lms metrics abnormal unfocus title",
"message": "Abnormal amounts of navigation away highlights test takers using external applications or material differently than the rest of the class."


"description": "lms metrics frame audio desc",
"message": "e.g. talking or noisy environment"


"description": "lms metrics frame audio incident",
"message": "Audio levels in the room increased above the threshold"


"description": "lms metrics frame audio short",
"message": "Audio Levels"


"description": "lms metrics frame audio title",
"message": "Flag Changes in Audio Levels"


"description": "lms metrics frame clicking short",
"message": "Clicking"


"description": "lms metrics frame collusion short",
"message": "Exam Collusion"


"description": "lms metrics frame copy desc",
"message": "e.g. duplicating exam content"
```

3

```
"description": "lms metrics frame copy incident off",
"message": "Test taker copied and pasted values"


"description": "lms metrics frame copy incident on",
"message": "Test taker attempted to copy and paste values"


"description": "lms metrics frame copy short",
"message": "Copy & Paste"


"description": "lms metrics frame copy title",
"message": "Flag Copy and Paste"


"description": "lms metrics frame duration short",
"message": "Exam Duration"


"description": "lms metrics frame end time short",
"message": "End Times"


"description": "lms metrics frame eyes desc",
"message": "e.g. look at different monitor"


"description": "lms metrics frame eyes incident",
"message": "Test taker's eyes were looking away from the quiz page"


"description": "lms metrics frame eyes short",
"message": "Eye Movement"


"description": "lms metrics frame eyes title",
"message": "Flag Eye Movements"


"description": "lms metrics frame faces desc",
"message": "e.g. multiple test takers taking the same exam"


"description": "lms metrics frame faces incident",
"message": "Multiple faces detected in the image"


"description": "lms metrics frame faces short",
"message": "Multi-Face"
```

4

```
"description": "lms metrics frame faces title",
"message": "Flag Multiple Faces"


"description": "lms metrics frame head desc",
"message": "e.g. look at notes"


"description": "lms metrics frame head incident",
"message": "Test taker was looking away from the quiz page"


"description": "lms metrics frame head short",
"message": "Head and Eye Movement"


"description": "lms metrics frame head title",
"message": "Flag Head and Eye Movements"


"description": "lms metrics frame keys desc",
"message": "e.g. typing on multiple choice exam"


"description": "lms metrics frame keys incident",
"message": "Test taker typed on the keyboard"


"description": "lms metrics frame keys short",
"message": "Keystrokes"


"description": "lms metrics frame keys title",
"message": "Flag Keystrokes"


"description": "lms metrics frame mouse short",
"message": "Mouse Movement"


"description": "lms metrics frame resize desc",
"message": "e.g. move browser to uncover other window"


"description": "lms metrics frame resize incident off",
"message": "Test taker changed zoom level or re-sized the browser"


"description": "lms metrics frame resize incident on",
"message": "Test taker attempted to change zoom level or re-size the browser"


"description": "lms metrics frame resize short",
```

5

```
262          "message": "Browser Resize"
263
264
265          "description": "lms metrics frame resize title",
266          "message": "Flag Browser Resize"
267
268
269          "description": "lms metrics frame scrolling short",
270          "message": "Scrolling"
271
272
273          "description": "lms metrics frame start time short",
274          "message": "Start Times"
275
276
277          "description": "lms metrics frame unfocus desc",
278          "message": "e.g. open separate webpage"
279
280
281          "description": "lms metrics frame unfocus incident off",
282          "message": "Test taker navigated away from the quiz page"
283
284
285          "description": "lms metrics frame unfocus incident on",
286          "message": "Test taker attempted to navigate away from the quiz page"
287
288
289          "description": "lms metrics frame unfocus short",
290          "message": "Navigating Away"
291
292
293          "description": "lms metrics frame unfocus title",
294          "message": "Flag New Windows or Tabs"
295
296
297          "description": "lms metrics tamper av desc",
298          "message": "Potential audio/video hardware issue detected"
299
300
301          "description": "lms metrics tamper av title",
302          "message": "Video Tamper"
303
304
305          "description": "lms metrics tamper page desc",
306          "message": "Potential webpage issue detected"
307
308
309          "description": "lms metrics tamper page title",
310          "message": "Page Tamper"
```

**Exhibit 3**

```
 1      "description": "copy/paste",
 2      "message": "Test taker $action$ values $val$% $rel$ than the average.",
 3      "placeholders": {
 4        "action": {
 5          "content": "$1",
 6          "description": "the test taker's action based on what the professor enabled"
 7
 8        "rel": {
 9          "content": "$3",
10          "description": "more/less based on the value"
11
12        "val": {
13          "content": "$2",
14          "description": "the test taker's value relative to the average (%)"
15
16
17      "description": "resize",
18      "message": "Test taker $action$ zoom level or browser size $val$% $rel$ than the average.",
19      "placeholders": {
20        "action": {
21          "content": "$1",
22          "description": "the action the test taker performed based on the professor settings"
23
24        "rel": {
25          "content": "$3",
26          "description": "more/less based on the value"
27
28        "val": {
29          "content": "$2",
30          "description": "the test taker's value relative to the average (%)"
31
32
33      "description": "audio",
34      "message": "Audio levels exceeded the threshold $val$% $rel$ than the average.",
35      "placeholders": {
36        "rel": {
37          "content": "$2",
38          "description": "more/less based on the value"
39
40        "val": {
41          "content": "$1",
42          "description": "the test taker's value relative to the average (%)"
43
44
45      "description": "head movement",
46      "message": "Test taker was looking away from the quiz page $val$% $rel$ than the average.",
47      "placeholders": {
48        "rel": {
49          "content": "$2",
```

1

```
 50        "description": "more/less based on the value"
 51
 52        "val": {
 53          "content": "$1",
 54          "description": "the test taker's value relative to the average (%)"
 55
 56
 57      "description": "eye movement",
 58      "message": "Test taker was looking away from the quiz page $val$% $rel$ than the average.",
 59      "placeholders": {
 60        "rel": {
 61          "content": "$2",
 62          "description": "more/less based on the value"
 63
 64        "val": {
 65          "content": "$1",
 66          "description": "the test taker's value relative to the average (%)"
 67
 68
 69      "description": "multi face",
 70      "message": "Multiple faces were detected in the image $val$% $rel$ than the average.",
 71      "placeholders": {
 72        "rel": {
 73          "content": "$2",
 74          "description": "more/less based on the value"
 75
 76        "val": {
 77          "content": "$1",
 78          "description": "the test taker's value relative to the average (%)"
 79
 80
 81      "description": "mouse movement",
 82      "message": "Test taker moved the mouse $val$% $rel$ than the average.",
 83      "placeholders": {
 84        "rel": {
 85          "content": "$2",
 86          "description": "more/less based on the value"
 87
 88        "val": {
 89          "content": "$1",
 90          "description": "the test taker's value relative to the average (%)"
 91
 92
 93      "description": "mouse movement",
 94      "message": "Test taker scrolled $val$% $rel$ than the average.",
 95      "placeholders": {
 96        "rel": {
 97          "content": "$2",
 98          "description": "more/less based on the value"
 99
100        "val": {
101          "content": "$1",
102          "description": "the test taker's value relative to the average (%)"
```

2

```
103
104
105          "description": "mouse movement",
106          "message": "Test taker clicked the mouse $val$% $rel$ than the average.",
107          "placeholders": {
108              "rel": {
109                  "content": "$2",
110                  "description": "more/less based on the value"
111
112              "val": {
113                  "content": "$1",
114                  "description": "the test taker's value relative to the average (%)"
115
116
117          "description": "mouse movement",
118          "message": "Test taker took $val$% $rel$ time than the average to complete the exam.",
119          "placeholders": {
120              "rel": {
121                  "content": "$2",
122                  "description": "more/less based on the value"
123
124              "val": {
125                  "content": "$1",
126                  "description": "the test taker's value relative to the average (%)"
127
128      "A695_8": {
129          "description": "navigation away from the page",
130          "message": "Test taker $action$ from the quiz page $val$% $rel$ than the average.",
131          "placeholders": {
132              "action": {
133                  "content": "$1",
134                  "description": "the action that was performed (based on prof settings)"
135
136              "rel": {
137                  "content": "$3",
138                  "description": "more/less based on the value"
139
140              "val": {
141                  "content": "$2",
142                  "description": "the test taker's value relative to the average (%)"
143
144      "A695_9": {
145          "description": "keystrokes",
146          "message": "Test taker used the keyboard $val$% $rel$ than the average.",
147          "placeholders": {
148              "rel": {
149                  "content": "$2",
150                  "description": "more/less based on the value"
151
152              "val": {
153                  "content": "$1",
154                  "description": "the test taker's value relative to the average (%)"
155
```

3

```
156
157      "description": "lms results metrics summary text ip",
158      "message": "$count$ other test taker$plural$ took the exam on the same connection at the same time.",
159      "placeholders": {
160
161            "content": "$1"
162
163        "plural": {
164            "content": "$2"
```

---

*PDF* document made with CodePrint using [Prism](Prism)

# Exhibit 4

1    "A7220":{"message":"The attempt ended when the test taker disconnected from
     Proctorio for 2 minutes. <a
     href='https://proctorio.zendesk.com/hc/articles/204295348' target='_blank'
     aria-label='The attempt ended when the test taker disconnected from Proctorio
     for 2 minutes.'>$learn_more$</a>.","description":"lms results performance
     close code0","placeholders":{"learn_more":{"content":"$1"}}},
2
3    "A7221":{"message":"The attempt ended when the test taker submitted the exam.
     <a href='https://proctorio.zendesk.com/hc/articles/204993777' target='_blank'
     aria-label='The attempt ended when the test taker submitted the
     exam.'>$learn_more$</a>.","description":"lms results performance close
     code1","placeholders":{"learn_more":{"content":"$1"}}},
4
5    "A72210":{"message":"The attempt ended when a proctor removed the test taker
     from their exam","description":"lms results performance close
     code10"},"A72211":{"message":"The attempt ended when the time limit was
     exceeded and the exam was auto-submitted. <a
     href='https://proctorio.zendesk.com/hc/articles/204296438' target='_blank'
     aria-label='The attempt ended when the time limit was exceeded and the exam
     was auto-submitted.'>$learn_more$</a>.","description":"lms results
     performance close code11","placeholders":{"learn_more":{"content":"$1"}}},
6
7    "A72212":{"message":"The attempt ended when the test taker attempted to
     modify the quiz page. <a
     href='https://proctorio.zendesk.com/hc/articles/204993877' target='_blank'
     aria-label='The attempt ended when the test taker attempted to modify the
     quiz page.'>$learn_more$</a>.","description":"lms results performance close
     code12","placeholders":{"learn_more":{"content":"$1"}}},
8
9    "A72213":{"message":"The attempt ended when the test taker attempted to
     download a file during the quiz. <a
     href='https://proctorio.zendesk.com/hc/articles/205641867' target='_blank'
     aria-label='The attempt ended when the test taker attempted to download a
     file during the quiz.'>$learn_more$</a>.","description":"lms results
     performance close code13","placeholders":{"learn_more":{"content":"$1"}}},
10
11   "A72214":{"message":"The attempt ended when the test taker's battery died. <a
     href='https://proctorio.zendesk.com/hc/articles/205728638' target='_blank'
     aria-label='The attempt ended when the test taker's battery
     died.'>$learn_more$</a>.","description":"lms results performance close
     code14","placeholders":{"learn_more":{"content":"$1"}}},
12
13   "A72215":{"message":"The attempt ended when the test taker plugged in an
     additional monitor. <a
     href='https://proctorio.zendesk.com/hc/articles/206456887' target='_blank'
     aria-label='The attempt ended when the test taker plugged in an additional
     monitor.'>$learn_more$</a>.","description":"lms results performance close
     code15","placeholders":{"learn_more":{"content":"$1"}}},
14
15   "A72216":{"message":"The attempt ended when the test taker unplugged a camera
     or microphone. <a href='https://proctorio.zendesk.com/hc/articles/206456897'
     target='_blank' aria-label='The attempt ended when the test taker unplugged a
     camera or microphone.'>$learn_more$</a>.","description":"lms results
     performance close code16","placeholders":{"learn_more":{"content":"$1"}}},
16
17   "A72217":{"message":"The attempt ended when the test taker plugged in an
     additional camera or microphone. <a

```
     href='https://proctorio.zendesk.com/hc/articles/206456907' target='_blank'
     aria-label='The attempt ended when the test taker plugged in an additional
     camera or microphone.'>$learn_more$</a>.","description":"lms results
     performance close code17","placeholders":{"learn_more":{"content":"$1"}}},
18
19   "A72218":{"message":"The attempt ended when a hardware malfunction occured
     during the exam <a href='https://proctorio.zendesk.com/hc/articles/206456907'
     target='_blank' aria-label='The attempt ended when the test taker plugged in
     an additional camera or microphone.'>$learn_more$</a>.","description":"lms
     results performance close
     code18","placeholders":{"learn_more":{"content":"$1"}}},
20
21   "A72219":{"message":"The attempt ended when the test takers mobile phone was
     taken out of lockdown mode. <a
     href='https://proctorio.zendesk.com/hc/articles/206456907' target='_blank'
     aria-label='The attempt ended when a the test taker's mobile phone was taken
     out of lockdown mode.'>$learn_more$</a>.","description":"lms results
     performance close code19","placeholders":{"learn_more":{"content":"$1"}}},
22
23   "A72220":{"message":"The attempt ended when an advanced program detection
     malfunction occured during the exam. <a
     href='https://proctorio.zendesk.com/hc/articles/206456907' target='_blank'
     aria-label='The attempt ended when an advanced program detection malfunction
     occured during the exam.'>$learn_more$</a>.","description":"lms results
     performance close code20","placeholders":{"learn_more":{"content":"$1"}}},
24
25   "A7222":{"message":"The attempt ended when the test taker navigated away from
     the exam. <a href='https://proctorio.zendesk.com/hc/articles/204296218'
     target='_blank' aria-label='The attempt ended when the test taker navigated
     away from the exam.'>$learn_more$</a>.","description":"lms results
     performance close code2","placeholders":{"learn_more":{"content":"$1"}}},
26
27   "A7223":{"message":"The attempt ended when the test taker reached the exam
     time limit. <a href='https://proctorio.zendesk.com/hc/articles/204993787'
     target='_blank' aria-
     label='https://proctorio.zendesk.com/hc/articles/204993787'>$learn_more$</a>.
     ","description":"lms results performance close
     code3","placeholders":{"learn_more":{"content":"$1"}}},
28
29   "A7224":{"message":"The attempt ended when the test taker left exam when in
     full screen. <a href='https://proctorio.zendesk.com/hc/articles/204993547'
     target='_blank' aria-label='The attempt ended when the test taker left exam
     when in full screen.'>$learn_more$</a>.","description":"lms results
     performance close code4","placeholders":{"learn_more":{"content":"$1"}}},
30
31   "A7225":{"message":"The attempt ended when the test taker ended screen
     recording. <a href='https://proctorio.zendesk.com/hc/articles/204295948'
     target='_blank' aria-label='The attempt ended when the test taker ended
     screen recording.'>$learn_more$</a>.","description":"lms results performance
     close code5","placeholders":{"learn_more":{"content":"$1"}}},
32
33   "A7226":{"message":"The attempt ended when the test taker uninstalled Chrome
     Extension. <a href='https://proctorio.zendesk.com/hc/articles/204993677'
     target='_blank' aria-label='The attempt ended when the test taker uninstalled
     Chrome Extension.'>$learn_more$</a>.","description":"lms results performance
     close code6","placeholders":{"learn_more":{"content":"$1"}}},
34
```

35    "A7227":{"message":"The attempt ended when the test taker switched to a proxy
      during the exam. <a
      href='https://proctorio.zendesk.com/hc/articles/204296228' target='_blank'
      aria-label='The attempt ended when the test taker switched to a proxy during
      the exam.'>$learn_more$</a>.","description":"lms results performance close
      code7","placeholders":{"learn_more":{"content":"$1"}}},
36
37    "A7228":{"message":"The attempt ended when the test taker changed networks
      during the exam. <a
      href='https://proctorio.zendesk.com/hc/articles/204296328' target='_blank'
      aria-label='The attempt ended when the test taker changed networks during the
      exam.'>$learn_more$</a>.","description":"lms results performance close
      code8","placeholders":{"learn_more":{"content":"$1"}}},
38
39    "A7229":{"message":"The attempt ended when the test taker closed or reloaded
      the exam tab. <a href='https://proctorio.zendesk.com/hc/articles/204296428'
      target='_blank' aria-label='The attempt ended when the test taker closed or
      reloaded the exam tab.'>$learn_more$</a>.","description":"lms results
      performance close code9","placeholders":{"learn_more":{"content":"$1"}}},

# Exhibit 5

```
1    Sc="virtual microphone;virtual audio;splitcam;manycam;logmein;parallels
     access sound;parallels audio controller;avermedia;vmware;vdp source;vixs
     puretv;airparrot;virtualbox;sound
     siphon;bytescout;blackmagic;soundflower;what u hear;nomachine;screaming
     bee;apowersoft_audiodevice;remote proctor;magic sound;morphvox audio;manycam
     virtual microphone;logmeinsounddriver;airparrot;remote audio;line 1 (virtual
     audio cable);morphvox audio;pro tools aggregate
     i/o;autoaggdevice;procasteraudioredirector;twat 69;microphone (screaming bee
     audio);cable output (vb-audio virtual cable);splashtop;ishowu".split(";"),
2    Vc="virtual camera;virtual webcam;virtual device;virtual driver;webcammax
     capture;fake webcam;openni;sparkocam;ispy;vlc
     capture;ucanvcam;manycam;magiccamera;splitcam;ip camera;mjpeg
     camera;xsplitbroadcaster;scanner mouse;logmein;hava video device;hava remote
     video device;hava video crossbar;hava remote video crossbar;vmware;pg camera
     for windows store apps;pg splitter;cyberlink webcam splitter;hp webcam
     splitter;cyberlink web camera filter;vdp source;vixs puretv;dxtory video;hp
     web camera filter;airparrot;camera plus;asus virtual;virtualbox;corel
     camera;corelscreencapture;live! cam
     virtual;iglasses;bytescout;blackmagic;arcsoft;decklink video
     capture;camtwist;professional financial camera;decklink video capture;webcam
     sharing manager;srp5702;00) depth;00 depth;droidcam source 3;droidcam source
     2;droidcam source 1;droidcam source mini (240p);thinkvantage virtual
     camera;arcsoft webcam sharing manager;tridef
     smartcam;splashtop;ishowu;Hauppauge WinTV".split(";"),
3    Tc=["vmware","virtualbox","parallels access sound","parallels audio
     controller"],Uc="bytescout;blackmagic;professional financial camera;decklink
     video capture;hauppauge;nomachine;soundflower"
```

# Exhibit 6

Happy to answer your questions here.

Information on Live ID can be found here



ID Verification - Proctorio
🔗 proctorio.com

As far as the live rooms scans, we have a few legacy schools still using this feature, I can guarantee MU is not one of them.

Sep 7, 2020, 11:12 PM

I don't mind if you discuss or criticize the product publically here on twitter, in fact, critique is a great way for us to improve the product. However, I need you to take down the pastebins. It's a clear violation of our TOS and it undermines the integrity of the test-taking process.

Sep 7, 2020, 11:14 PM

At the same time, anything you find in the language files, I am happy to discuss it with you. Just let me know. I did already flag that rather rude message about network connection to our team, so we will see what they say about it. I bet its legacy and no longer used.

Sep 7, 2020, 11:15 PM

You accepted the request

While I appreciate you reaching out and clarifying certain things to me in private, addressing concerns publicly would be a much preferred approach.
As for the pastebins, they are simply snippets from the extension's localization language files accessible by anyone who installs the chrome extension. No TOS checkbox necessary to access. Same story with the videos and documents. Easily accessible on google. No authentication required, unlike Proctorio's Zendesk.

Sep 8, 2020, 4:11 PM ✓

1

# Exhibit 7

# Case# 0177145063: We've received a DMCA notice regarding your account [ref:00DA0000000K0A8.5004A000020s26a:ref]

---

From: **Twitter Support** | support@twitter.com                    Monday, Oct 19, 3:56 AM

To: **ejohnson9912@gmail.com** | ejohnson9912@gmail.com



Hello,

The following material has been removed from your account in response to the DMCA takedown notice copied at the bottom of this email:

- Tweet: https://twitter.com/ejohnson99/status/1303142453608886274 - Your attempt can be terminated if…
  - 2+min disconnection
  - Attempt to modify page
  - Attempt to download a file
  - Plugged in a monitor
  - (Un)plugged camera/mic
  - "hardware malfunction"
  - Switched networks
  - Switched Proxies
  - Reloaded tab
  https://t.co/5d327wS44t
- Tweet: https://twitter.com/ejohnson99/status/1303142450828054529 - Here's a list of metrics Proctorio looks for & flags:
  - Changes in audio levels
  - Abnormal clicking
  - Abnormal copy & pastes
  - Abnormal exam duration
  - End times
  - Eye movement

1

- # of faces
- Head movement
- Abnormal movement of mouse
& more https://t.co/iB6zsjvfcB
- Tweet: https://twitter.com/ejohnson99/status/1303142452233203714 - They use these metrics to compare you to other students in the class, flagging students and their deviation away from the average number of
- copy/pastes
- resizes
- audio spikes
- head & eye movements
- mouse movements
- keystrokes
https://t.co/U1TboqEi1s

If you wish to contest this removal, you may seek retractions from the original reporter, or file a counter notification.

Retractions are not guaranteed, and must be submitted by the original reporter to copyright@twitter.com. You can request a retraction by using the reporter's contact information found in the copy of the original DMCA notice located at the bottom of this email.

If you believe the material has been removed as a result of mistake or misidentification, you may submit a counter-notification of your objection pursuant to 17 U.S.C. § 512(g)(3)

Please include the following in your counter-notification:

1. Your full legal name, complete mailing address (including country), telephone number, email address and Twitter username.
2. Identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled. (Must include specific URLs)
3. The following statement: "I swear under penalty of perjury that I have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled".
4. A proper jurisdictional consent statement in the form of:

2

(If your address is in the United States)

"I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located and I'll accept service of process from the person who provided notice under 17 U.S.C. 512 (c)(1)(C) or an agent of such person."

OR

(If your address is outside of the United States)

"I consent to jurisdiction in any judicial district in which Twitter may be found and I'll accept service of process from the person who provided notice under 17 U.S.C. 512 (c)(1)(C) or an agent of such person."


Please send your counter-notification to us as a response to this message, or as a new email to copyright@twitter.com.

We will forward a copy of your counter-notification, including the information required in item 1 above, to the complainant and Lumen. BY SENDING US A COUNTER-NOTIFICATION, YOU CONSENT TO THIS DISCLOSURE OF YOUR PERSONAL INFORMATION.

Please note that repeat violations of this policy may result in suspension of your account. In order to avoid this, do not post additional material in violation of our Copyright Policy and immediately remove any material from your account for which you are not authorized to post.

*******************************

DMCA Takedown Notice

== Copyright owner: Mike Olsen
== Name: John Devoy
== Company: Proctorio
== Job title: Director of Digital Marketing
== Email address: john@proctorio.com

== Address: 6840 E Indian School Rd

3

== City: Scottsdale

== State/Province: AZ

== Postal code: 85251

== Country: USA

== Phone (optional): n/a

== Fax (optional): n/a


-------


== Description of original work: Screenshot from restricted internal documentation and links to our source code on pastebin


== Links to original work: n/a


---


== Reported Tweet URL:
https://twitter.com/ejohnson99/status/1303142459040559104


== Description of infringement: @ejohnson99 has posted proprietary screenshot of internal documentation under copyright.


---


== Reported Tweet URL:
https://twitter.com/ejohnson99/status/1303142450828054529


== Description of infringement: 1 of 3 Pastebin of our Google Chrome extension source code


---


== Reported Tweet URL:
https://twitter.com/ejohnson99/status/1303142452233203714


== Description of infringement: 2 of 3 Pastebin of our Google Chrome extension source code

4

---

== Reported Tweet URL:
https://twitter.com/ejohnson99/status/1303142453608886274

== Description of infringement: 2 of 3 Pastebin of our Google Chrome extension source code

-------

== 512(f) Acknowledgment: I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

== Good Faith Belief: I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

== Authority to Act: The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

== Signature: John Devoy

ref:00DA0000000K0A8.5004A000020s26a:ref

# Exhibit 8



**Erik Johnson**
@ejohnson99

Since @pastebin isn't giving me any information regarding the takedown and disappearance of these pastes, I thought I would re-post the information in them on another platform. Here's this paste for this tweet: github.com/ejohnson9912/p...



**Erik Johnson** @ejohnson99 · Sep 7, 2020
Here's a list of metrics Proctorio looks for & flags:
- Changes in audio levels
- Abnormal clicking
- Abnormal copy & pastes
- Abnormal exam duration
- End times
- Eye movement
- # of faces
- Head movement
- Abnormal movement of mouse
& more pastebin.com/2Kbez442
Show this thread

11:06 AM · Nov 11, 2020 · Twitter Web App

**1** Retweet   **1** Quote Tweet   **4** Likes

**Erik Johnson** @ejohnson99 · Nov 11, 2020
Replying to @ejohnson99
This one showing banned programs: twitter.com/ejohnson99/sta...
github.com/ejohnson9912/p...

**Erik Johnson** @ejohnson99 · Sep 11, 2020
You may be unable to use it if you have any of these installed. It does this by looking at audio/video inputs/outputs, and user agent strings. pastebin.com/BR5ivdmm Sources for all of these files can be found yourself by accessing the chrome directory for extensions. Paths are:
Show this thread

♡ 1          ♡ 1

1



**Erik Johnson** @ejohnson99 · Nov 11, 2020 ···
This one with how Proctorio compares you to other students: twitter.com/ejohnson99/sta...
github.com/ejohnson9912/p...

>  **Erik Johnson** @ejohnson99 · Sep 7, 2020
> They use these metrics to compare you to other students in the class, flagging students and their deviation away from the average number of
> - copy/pastes
> - resizes
> - audio spikes
> - head & eye movements
> - mouse movements
> - keystrokes
> pastebin.com/PtPiv8sM
> Show this thread

  ♡ 1          ⇄          ♡ 2          ⬆



**Erik Johnson** @ejohnson99 · Nov 11, 2020 ···
And finally, reasons as to why an exam attempt could be ended.


ejohnson9912/proctoring-research
This repository is a place for references to my research on proctoring services & EdTech. - ...
🔗 github.com

  ♡          ⇄          ♡ 2          ⬆

2

# Exhibit 9

**Subject:** [GitHub Support] – DMCA Counternotice re ejohnson9912/proctoring-research
**From:** GitHub Developer Support <developer@githubsupport.com>
**Date:** 12/9/20, 11:00 AM
**To:** Erik Johnson <ejohnson9912@gmail.com>
**CC:** cara <cara@eff.org>, andrew <andrew@eff.org>

## Please do not write below this line ##

Your request has been updated.

You can add a comment by replying to this email.

---

**GitHub Trust & Safety** (GitHub Support)
Dec 9, 2020, 7:00 PM UTC

Hi Erik,

As we did not receive word from the submitter of the DMCA takedown notice that they have filed an action seeking a court order to prevent the content from being re-enabled, we have put the content back:

https://github.com/ejohnson9912/proctoring-research

Please let us know if you have any questions.

Thanks,
GitHub Trust & Safety

---

**GitHub Trust & Safety** (GitHub Support)
Nov 25, 2020, 9:20 PM UTC

Hello,

We've notified the copyright holder of your DMCA counter notice. If we do not receive notice that an action has been filed seeking a court order to restrain you within ten (10) business days, the repository will be re-enabled.

As requested by EFF, cc'd here, we're including an unredacted copy of the original takedown notice that GitHub received.

Please let us know if you have any questions.

Thanks,
GitHub Trust & Safety

**Are you the copyright holder or authorized to act on the copyright owner's behalf?**

Yes, I am authorized to act on the copyright owner's behalf.

**Please describe the nature of your copyright ownership or authorization to act on the owner's behalf.**

Weiss Brown PLLC represents Proctorio, Inc, who is the copyright holder and owner. Our Client is the author of the underlying source code for the Proctorio online proctoring software as a service product ("SAAS Product") which is further described at www.proctorio.com. We hereby provide notice of copyright infringement pursuant to the terms of the DMCA and GitHub's Terms of Service.

**Please provide a detailed description of the original copyrighted work that has allegedly been infringed. If possible, include a URL to where it is posted online.**

Our source code is not publicly available without restriction. Description of our SaaS Product can be found at www.proctorio.com. Please also see our registered copyrights for our website and our logo:
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&ti=1,2&
SEQ=20201106154628&SC=Author&SA=Proctor%2Eio%20Inc%2E&
PID=xxrG4jw_rRCWnSeDtpH5AH_Q1Z8I&SID=2
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=1&ti=1,1&
Search%5FArg=proctor%2Eio&Search%5FCode=NALL&CNT=25&PID=tbOCBkjY-
iZ85TAQo4VW3TNr8Z&SEQ=20201106164434&SID=2

**What files should be taken down? Please provide URLs for each file, or if the entire repository, the repository's URL.**

https://github.com/ejohnson9912/proctoring-research

**Have you searched for any forks of the allegedly infringing files or repositories? Each fork is a distinct repository and must be identified separately if you believe it is infringing and wish to have it taken down.**

Not aware of any forks.

**Is the work licensed under an open source license? If so, which open source license? Are the allegedly infringing files being used under the open source license, or are they in violation of the license?**

The GitHub account ejohnson9912 is posting proprietary Google Chrome extension source code and documentation without a license or consent from Proctorio, thus infringing on our copyright. Further, this infringement activity involved reverse engineering and unauthorized hacking through Google Chrome, violating Google

[GitHub Support] - DMCA Counternotice - ejohnson9912/proctor...

Chrome's terms of service https://ssl.gstatic.com/chrome/webstore/intl/en/gallery_tos.html.

**What would be the best solution for the alleged infringement? Are there specific changes the other person can make other than removal? Can the repository be made private?**

We request that the account be removed and/or access be disabled to the infringing materials.

**Do you have the alleged infringer's contact information? If so, please provide it.**

Twitter: @ejohnson99

**I have a good faith belief that use of the copyrighted materials described above on the infringing web pages is not authorized by the copyright owner, or its agent, or the law.**

**I have taken <a href="https://www.lumendatabase.org/topics/22">fair use</a> into consideration.**

**I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner, or am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.**

**I have read and understand GitHub's <a href="https://docs.github.com/articles/guide-to-submitting-a-dmca-takedown-notice/">Guide to Submitting a DMCA Takedown Notice</a>.**

**So that we can get back to you, please provide either your telephone number or physical address.**

480-327-6650
trademark@proctorio.com

**Please type your full legal name below to sign this request.**

Rebecca Weisenberg

---

**Erik Johnson**
Nov 25, 2020, 12:40 AM UTC

This is a DMCA counternotice requesting the restoration of my repository ejohnson9912/proctoring-research, in response to the DMCA notice posted at github.com/github/dmca/blob/master/2020/11/2020-11-19-Proctorio.md. I

have read and understand GitHub's Guide to Filing a DMCA Counter Notice.

The disabled content was located at github.com/ejohnson9912/proctoring-research.

I swear, under penalty of perjury, that I have a good-faith belief that the material was removed or disabled as a result of a mistake. The disabled content consisted of code snippets used for purposes of research, education, commentary, and criticism regarding Proctorio's product and its representations to the public. Proctorio's complaint does not account for the fact that my use is protected by the fair use doctrine. Proctorio's additional allegations of "reverse engineering and unauthorized hacking" are both untrue and irrelevant to its claim of copyright infringement.

My name is Erik Johnson, and my address is 1033 Garfield Ave, Libertyville, IL 60048.  I can be contacted through my attorneys at the Electronic Frontier Foundation, Cara Gagliano (cara@eff.org) and Andrew Crocker (andrew@eff.org).  EFF's phone number is (415) 436-9333.

I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, and I will accept service of process from the person who provided the DMCA notification or an agent of such person.

Signed: Erik Johnson

**Erik Johnson**
Miami University | UASP | Class of 2024
College of Engineering & Computing | Computer Engineering & Information Security
McFarland Hall

---

This email is a service from GitHub Support.

[6LYVQ4-OPMZ]