AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## District of Arizona

| Erik Johnson | )  |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
|  | ) |
| Proctorio Inc. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

TO: (*Defendant's name and address*)
Proctorio Inc.
c/o CT Corporation System
3800 N. Central Ave., Suite 460
Phoenix, AZ 85012

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Eric M. Fraser**
**OSBORN MALEDON, P.A.**
**2929 N. Central Ave., Suite 2100**
**Phoenix, Arizona  85012-2793**
**efraser@omlaw.com**
**(602) 640-9000**

**Cara Gagliano**
**Andrew Crocker**
**Hannah Zhao**
**ELECTRIC FRONTIER FOUNDATION**
**815 Eddy Street**
**San Francisco, California  94109**
**cara@eff.org**
**andrew@eff.org**
**zhao@eff.org**
**(415) 436-9333**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                        *Server's signature*

                                         _____
                                                        *Printed name and title*

                                         _____
                                                        *Server's address*

Additional information regarding attempted service, etc: