Eric M. Fraser, 027241
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Cara Gagliano (*pro hac vice*)
Andrew Crocker (*pro hac vice*)
Hannah Zhao (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
(415) 436-9333
cara@eff.org
andrew@eff.org
zhao@eff.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson,<br><br>                          Plaintiff,<br><br>vs.<br><br>Proctorio Inc.,<br><br>                          Defendant. | No. 2:21-cv-00691-DLR<br><br>**NOTICE REGARDING FILING OF COPYRIGHT ACTION**<br><br>(Jury Trial Demanded) |

Pursuant to the Minute Order dated April 21, 2021 (Doc. No. 3), PLEASE TAKE NOTICE that Plaintiff is unaware of any copyright registrations at issue in this case, and that Plaintiff does not contend that any copyrighted work was infringed.

1

DATED this 26th day of April, 2021.

2

OSBORN MALEDON, P.A.

3

4

By  s/ Eric M. Fraser

5

Eric M. Fraser
2929 North Central Avenue, Ste. 2100
Phoenix, Arizona  85012-2793

6

7

8

ELECTRONIC FRONTIER FOUNDATION
Cara Gagliano (*pro hac vice*)

9

Andrew Crocker (*pro hac vice*)
Hannah Zhao (*pro hac vice*)

10

815 Eddy Street
San Francisco, California 94109

11

12

Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28