| | |
|---|---|
| Name | Justin D. Kingsolver |
| Bar # | AZ Bar No. 035476 |
| Firm | Crowell & Moring LLP |
| Address | 1001 Pennsylvania Ave. NW |
| | Washington DC 20004 |
| Telephone | 202-624-2500 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Erik Johnson, an individual

    Plaintiff,

    vs.

Proctorio, Inc., a corporation

    Defendant.

**Case No.** 2:21-cv-00691-DLR

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Proctorio, Inc. in compliance with the provisions of: *(check one)*

[✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

☐ _____ Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

☐ Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  2nd  day of  July , 2021 .

/s/Justin D. Kingsolver
_____
Counsel of Record

Certificate of Service:

I hereby certify that on July 2, 2021, I caused this document to be electronically filed using the District of Arizona's CM/ECF system, which sends electronic notices of such filing to all parties of record.

By:  /s/ Justin D. Kingsolver