**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Erik Johnson, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>Proctorio, Inc.,<br>a Delaware corporation,<br><br>       Defendant.<br><br>Proctorio, Inc.,<br>a Delaware corporation,<br><br>       Counterclaimant,<br><br>v.<br><br>Erik Johnson, an individual,<br><br>       Counterdefendant. | No. 2:21-cv-00691-DLR<br><br>**[PROPOSED] ORDER GRANTING PROCTORIO, INC.'S MOTION TO FILE UNDER SEAL EXHIBIT A AND PORTIONS OF THE MOTION TO STRIKE** |

1

Before the Court is Defendant Proctorio, Inc's ("Proctorio") Motion to File Under Seal Exhibit A and Portions of the Motion to Strike (the "Motion to Seal").  Pursuant to Local Rule 5.6, Proctorio moved to seal the following materials:

- Exhibit A.  This is an email exchange dated December 9, 2020, through December 18, 2020, between Proctorio's counsel and Mr. Johnson's counsel that is labeled with the email subject line "Subject to Rule 408" and contains confidential settlement communications.
- Motion, at pages 4 - 5, lines 20 - 2.  The language identified on those pages is a direct quote from Exhibit A, which Proctorio seeks to seal in its entirety.

Proctorio has lodged the unredacted versions of these documents with this Court.

Good cause appearing, it is hereby **ORDERED** that Proctorio's Motion to Seal is **GRANTED.**

The Clerk of Court is hereby **DIRECTED** to file under seal the proposed unredacted versions of the documents that Proctorio lodged with its Motion to Seal.