# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson,<br><br>        Plaintiff,<br><br>v.<br><br>Proctorio Incorporated,<br><br>        Defendant. | No. CV-21-00691-PHX-DLR<br><br>**ORDER** |

    The Court having reviewed Defendant Proctorio, Inc's ("Proctorio") Motion to File Under Seal Exhibit A and Portions of the Motion to Strike (the "Motion to Seal") (Doc. 17), and good cause appearing;

    **IT IS ORDERED** that Defendant's motion to seal is GRANTED. The Clerk of Court is shall file under seal Proctorio's unredacted motion to strike and memorandum in support and Exhibit A (Docs. 18, 19).

    Dated this 18th day of August, 2021.

                                                  Douglas L. Rayes
                                                United States District Judge