Eric M. Fraser, 027241
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Cara Gagliano (*pro hac vice*)
Hannah Zhao (*pro hac vice*)
Andrew Crocker (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
(415) 436-9333
cara@eff.org
zhao@eff.org
andrew@eff.org

Attorneys for Plaintiff-Counterdefendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>Proctorio Inc., a Delaware corporation,<br><br>       Defendant.<br><br>Proctorio Inc., a Delaware corporation,<br><br>       Counterclaimant,<br><br>vs.<br><br>Erik Johnson, an individual,<br><br>       Counterdefendant. | No. CV-21-00691-PHX-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

1   NOTICE IS HEREBY GIVEN that attorneys for Plaintiff-Counterdefendant
2   served via email Plaintiff-Counterdefendant Erik Johnson's Responses to First Set of
3   Requests for Production on November 1, 2021.

5   DATED this 4th day of November, 2021.

OSBORN MALEDON, P.A.

By  s/ Eric M. Fraser
    Eric M. Fraser
    2929 North Central Avenue, Ste. 2100
    Phoenix, Arizona  85012-2793

ELECTRONIC FRONTIER FOUNDATION
Cara Gagliano (*pro hac vice*)
Hannah Zhao (*pro hac vice*)
Andrew Crocker (*pro hac vice*)
815 Eddy Street
San Francisco, California 94109

Attorneys for Plaintiff-Counterdefendant