Justin D. Kingsolver (AZ Bar No. 035476)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey (CA Bar No. 209218)*
Kristin Madigan (CA Bar No. 233436)*
Kayvan M. Ghaffari (CA Bar No. 299152)*
Jacob Canter (CA Bar No. 324330)*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

*Admitted pro hac vice*

*Attorneys for Defendant Proctorio, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>　　　　Plaintiff,<br>v.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-00691-DLR<br><br>**PROCTORIO INC.'S NOTICE OF SERVICE OF DISCOVERY** |
| Proctorio, Inc., a Delaware corporation,<br><br>　　　　Counterclaimant,<br>v.<br><br>Erik Johnson, an individual,<br><br>　　　　Counterdefendant. | |

　　　　Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its undersigned counsel, hereby gives notice that its Responses to Plaintiff Erik Johnson's First Set of Requests for Documents were served upon Plaintiff, via email to Plaintiff's

1

1  counsel of record, on November 8, 2021.

2

3  Dated:  November 17, 2021                    CROWELL & MORING LLP

4

5                                               By: */s/ Jacob Canter*
                                                 Jacob Canter*
6                                                **CROWELL & MORING LLP**
                                                 3 Embarcadero Center, 26th floor
7                                                San Francisco, CA 94111
                                                 Telephone: (415) 986-2800
8                                                Email: JCanter@crowell.com

9                                                Justin D. Kingsolver
                                                 **CROWELL & MORING LLP**
10                                               1001 Pennsylvania Avenue NW
                                                 Washington, D.C. 20004
11                                               Telephone: (202) 624-2500
                                                 Email: JKingsolver@crowell.com

12                                               Gabriel M. Ramsey*
                                                 Kristin Madigan*
13                                               Kayvan M Ghaffari*
                                                 **CROWELL & MORING LLP**
14                                               3 Embarcadero Center, 26th floor
                                                 San Francisco, CA 94111
15                                               Telephone: (415) 986-2800
                                                 Email: GRamsey@crowell.com
16
                                                   **Admitted pro hac vice.*
17
                                                 *Attorneys for Defendant Proctorio, Inc.*
18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By: */s/ Jacob Canter*
Jacob Canter
*Attorney for Defendant Proctorio, Inc.*