Justin D. Kingsolver (AZ Bar No. 035476)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey (CA Bar No. 209218)*
Kristin Madigan (CA Bar No. 233436)*
Kayvan M. Ghaffari (CA Bar No. 299152)*
Jacob Canter (CA Bar No. 324330)*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

*Admitted pro hac vice*

*Attorneys for Defendant Proctorio, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual, | Case No. 2:21-cv-00691-DLR |
| Plaintiff, | **PROCTORIO INC.'S NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| Proctorio, Inc., a Delaware corporation, | |
| Defendant. | |
| Proctorio, Inc., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| Erik Johnson, an individual, | |
| Counterdefendant. | |

Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its undersigned counsel, hereby gives notice that a Subpoena to Produce Documents was served upon third-party Miami University, via a process server, on September 23, 2021.

1

| | |
|---|---|
| Dated: November 24, 2021 | CROWELL & MORING LLP |

By: /s/ *Jacob Canter*
Jacob Canter*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: JCanter@crowell.com

Justin D. Kingsolver
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey*
Kristin Madigan*
Kayvan M Ghaffari*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

*Admitted pro hac vice.*

*Attorneys for Defendant Proctorio, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By:  */s/ Jacob Canter*
Jacob Canter
*Attorney for Defendant Proctorio, Inc.*