Justin D. Kingsolver (AZ Bar No. 035476)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey (CA Bar No. 209218)*
Kristin Madigan (CA Bar No. 233436)*
Kayvan M. Ghaffari (CA Bar No. 299152)*
Jacob Canter (CA Bar No. 324330)*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

**Admitted pro hac vice*

*Attorneys for Defendant Proctorio, Inc.*

CROWELL & MORING LLP
ATTORNEYS AT LAW

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Erik Johnson, an individual,

Plaintiff,

v.

Proctorio, Inc., a Delaware corporation,

Defendant.

---

Proctorio, Inc., a Delaware corporation,

Counterclaimant,

v.

Erik Johnson, an individual,

Counterdefendant.

Case No. 2:21-cv-00691-DLR

**PROCTORIO INC.'S NOTICE OF SERVICE OF DISCOVERY**

Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its undersigned counsel, hereby gives notice that a Subpoena to Produce Documents was served upon third-party Pastebin, Inc., via a process server, on November 29, 2021.

Dated: November 30, 2021

CROWELL & MORING LLP

By: /s/ *Jacob Canter*

Jacob Canter*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: JCanter@crowell.com

Justin D. Kingsolver
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey*
Kristin Madigan*
Kayvan M Ghaffari*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

**Admitted pro hac vice.*

*Attorneys for Defendant Proctorio, Inc.*

CROWELL & MORING LLP
ATTORNEYS AT LAW

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By: *\/s/ Jacob Canter*
Jacob Canter
*Attorney for Defendant Proctorio, Inc.*