Justin D. Kingsolver (AZ Bar No. 035476)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey (CA Bar No. 209218)*
Kristin Madigan (CA Bar No. 233436)*
Kayvan M. Ghaffari (CA Bar No. 299152)*
Jacob Canter (CA Bar No. 324330)*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

*Admitted pro hac vice*

*Attorneys for Defendant Proctorio, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>             Plaintiff,<br>v.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>             Defendant.<br>———————————————<br>Proctorio, Inc., a Delaware corporation,<br><br>             Counterclaimant,<br>v.<br><br>Erik Johnson, an individual,<br><br>             Counterdefendant. | Case No. 2:21-cv-00691-DLR<br><br>**PROCTORIO INC.'S NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its undersigned counsel, hereby gives notice that a Subpoena to Produce Documents was served upon third-party Fight for the Future, via a process server, on November 30, 2021.

1

| | |
|---|---|
| Dated:  December 2, 2021 | CROWELL & MORING LLP |

By:  /s/ *Jacob Canter*
Jacob Canter*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: JCanter@crowell.com

Justin D. Kingsolver
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey*
Kristin Madigan*
Kayvan M Ghaffari*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

   **Admitted pro hac vice.*

*Attorneys for Defendant Proctorio, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By: */s/ Jacob Canter*
Jacob Canter
*Attorney for Defendant Proctorio, Inc.*