Eric M. Fraser, 027241
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Cara Gagliano (*pro hac vice*)
Hannah Zhao (*pro hac vice*)
Mitchell Stoltz (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
(415) 436-9333
cara@eff.org
zhao@eff.org
mitch@eff.org

Attorneys for Plaintiff-Counterdefendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>                    Plaintiff,<br><br> vs.<br><br>Proctorio Inc., a Delaware corporation,<br><br>                    Defendant.<br>―――――――――――――――――<br>Proctorio Inc., a Delaware corporation,<br><br>                    Counterclaimant,<br><br> vs.<br><br>Erik Johnson, an individual,<br><br>                    Counterdefendant. | No. CV-21-00691-PHX-DLR<br><br>**STIPULATION FOR PROTECTIVE ORDER** |

Plaintiff-Counterdefendant Erik Johnson and Defendant-Counterclaimant Proctorio Inc. (collectively, the "Parties") hereby stipulate to the entry of the attached proposed Protective Order in this case pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.  A Protective Order is necessary to protect against the unnecessary disclosure or dissemination of confidential, proprietary and/or trade secret information.

DATED this 6th day of December, 2021.

OSBORN MALEDON, P.A.

By s/ Eric M. Fraser
Eric M. Fraser
2929 North Central Avenue, Ste. 2100
Phoenix, Arizona  85012-2793

ELECTRONIC FRONTIER FOUNDATION
Cara Gagliano (*pro hac vice*)
Hannah Zhao (*pro hac vice*)
Mitchell Stoltz (*pro hac vice*)
815 Eddy Street
San Francisco, California 94109

Attorneys for Plaintiff/Counterdefendant

CROWELL & MORING LLP

By s/ Jacob Cantor (with permission)
Gabriel M. Ramsey, *pro hac vice*
Kristin Madigan, *pro hac vice*
Kayvan M. Ghaffari, *pro hac vice*
Jacob Cantor, *pro hac vice*
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111

Justin D. Kingsolver
1001 Pennsylvania Ave. NW
Washington, D.C. 20004

Attorneys for Defendant/Counterclaimant

9245567