Justin D. Kingsolver (AZ Bar No. 035476)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey (CA Bar No. 209218)*
Kristin Madigan (CA Bar No. 233436)*
Kayvan M. Ghaffari (CA Bar No. 299152)*
Jacob Canter (CA Bar No. 324330)*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

*Admitted pro hac vice*

*Attorneys for Defendant Proctorio, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>            Plaintiff,<br>v.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>            Defendant.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>            Counterclaimant,<br>v.<br><br>Erik Johnson, an individual,<br><br>            Counterdefendant. | Case No. 2:21-cv-00691-DLR<br><br>**PROCTORIO INC.'S NOTICE OF SERVICE OF DISCOVERY** |

    Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its undersigned counsel, hereby gives notice that a Subpoena to Produce Documents was served upon third-party Reddit, Inc., via a process server, on December 6, 2021.

1

| | |
|---|---|
| Dated: December 9, 2021 | CROWELL & MORING LLP<br><br>By: /s/ *Jacob Canter*<br>Jacob Canter*<br>**CROWELL & MORING LLP**<br>3 Embarcadero Center, 26th floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Email: JCanter@crowell.com<br><br>Justin D. Kingsolver<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Email: JKingsolver@crowell.com<br><br>Gabriel M. Ramsey*<br>Kristin Madigan*<br>Kayvan M Ghaffari*<br>**CROWELL & MORING LLP**<br>3 Embarcadero Center, 26th floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Email: GRamsey@crowell.com<br><br>*Admitted pro hac vice.*<br><br>*Attorneys for Defendant Proctorio, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By: */s/ Jacob Canter*
Jacob Canter
*Attorney for Defendant Proctorio, Inc.*