Justin D. Kingsolver (AZ Bar No. 035476)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey (CA Bar No. 209218)*
Kristin Madigan (CA Bar No. 233436)*
Kayvan M. Ghaffari (CA Bar No. 299152)*
Jacob Canter (CA Bar No. 324330)*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

*Admitted pro hac vice*

*Attorneys for Defendant Proctorio, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>    Plaintiff,<br>v.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>    Defendant. | Case No. 2:21-cv-00691-DLR<br><br>**PROCTORIO INC.'S NOTICE OF SERVICE OF DISCOVERY** |
| Proctorio, Inc., a Delaware corporation,<br><br>    Counterclaimant,<br>v.<br><br>Erik Johnson, an individual,<br><br>    Counterdefendant. | |

Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its undersigned counsel, hereby gives notice that a second Subpoena to Produce Documents was served upon third-party Miami University, via a process server, on January 6, 2022.

1

| | |
|---|---|
| Dated: January 11, 2022 | CROWELL & MORING LLP |
| | By: /s/ *Jacob Canter* |
| | Jacob Canter* |
| | **CROWELL & MORING LLP** |
| | 3 Embarcadero Center, 26th floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 986-2800 |
| | Email: JCanter@crowell.com |
| | |
| | Justin D. Kingsolver |
| | **CROWELL & MORING LLP** |
| | 1001 Pennsylvania Avenue NW |
| | Washington, D.C. 20004 |
| | Telephone: (202) 624-2500 |
| | Email: JKingsolver@crowell.com |
| | |
| | Gabriel M. Ramsey* |
| | Kristin Madigan* |
| | Kayvan M Ghaffari* |
| | **CROWELL & MORING LLP** |
| | 3 Embarcadero Center, 26th floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 986-2800 |
| | Email: GRamsey@crowell.com |
| | |
| | *Admitted pro hac vice.* |
| | |
| | *Attorneys for Defendant Proctorio, Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By:  */s/ Jacob Canter*
Jacob Canter
*Attorney for Defendant Proctorio, Inc.*