1   Justin D. Kingsolver (AZ Bar No. 035476)
    **CROWELL & MORING LLP**
2   1001 Pennsylvania Avenue, N.W.
    Washington, DC  20004
3   Telephone: (202) 624-2500
    Email: JKingsolver@crowell.com
4
5   Gabriel M. Ramsey (CA Bar No. 209218)*
    Kristin Madigan (CA Bar No. 233436)*
6   Kayvan M. Ghaffari (CA Bar No. 299152)*
    Jacob Canter (CA Bar No. 324330)*
7   **CROWELL & MORING LLP**
    3 Embarcadero Center, 26th Floor
8   San Francisco, CA 94111
    Telephone: (415) 986-2800
9   Email: GRamsey@crowell.com
10
11   *Admitted pro hac vice*
12   *Attorneys for Defendant Proctorio, Inc.*
13              **IN THE UNITED STATES DISTRICT COURT**
14              **FOR THE DISTRICT OF ARIZONA**
15   Erik Johnson, an individual,                    Case No. 2:21-cv-00691-DLR
16              Plaintiff,                            **PROCTORIO INC.'S NOTICE OF**
     v.                                              **SERVICE OF DISCOVERY**
17
18   Proctorio, Inc., a Delaware corporation,
19              Defendant.
20   Proctorio, Inc., a Delaware corporation,
21              Counterclaimant,
     v.
22
23   Erik Johnson, an individual,
24              Counterdefendant.

25          Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its

26   undersigned counsel, hereby gives notice that on January 31, 2022, Proctorio served on

27   Plaintiff Erik Johnson its First Set of Interrogatories.

28

CROWELL & MORING LLP
ATTORNEYS AT LAW

1

2

Dated:  January 31, 2022

CROWELL & MORING LLP

3

4

By:  /s/ *Jacob Canter*

Jacob Canter*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: JCanter@crowell.com

5

6

7

8

Justin D. Kingsolver
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

9

10

11

Gabriel M. Ramsey*
Kristin Madigan*
Kayvan M Ghaffari*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

12

13

14

15

*Admitted pro hac vice.*

16

*Attorneys for Defendant Proctorio, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL & MORING LLP
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By*:*   */s/ Jacob Canter*

Jacob Canter
*Attorney for Defendant Proctorio, Inc.*

CROWELL & MORING LLP
ATTORNEYS AT LAW