1  Justin D. Kingsolver (AZ Bar No. 035476)
   **CROWELL & MORING LLP**
2  1001 Pennsylvania Avenue, N.W.
   Washington, DC 20004
3  Telephone: (202) 624-2500
   Email: JKingsolver@crowell.com
4
5  Gabriel M. Ramsey (CA Bar No. 209218)*
   Kristin Madigan (CA Bar No. 233436)*
6  Kayvan M. Ghaffari (CA Bar No. 299152)*
   Jacob Canter (CA Bar No. 324330)*
7  **CROWELL & MORING LLP**
   3 Embarcadero Center, 26th Floor
8  San Francisco, CA 94111
9  Telephone: (415) 986-2800
   Email: GRamsey@crowell.com
10
11   *Admitted pro hac vice

12  *Attorneys for Defendant Proctorio, Inc.*

13              **IN THE UNITED STATES DISTRICT COURT**
14                   **FOR THE DISTRICT OF ARIZONA**

15  Erik Johnson, an individual,              | Case No. 2:21-cv-00691-DLR
16              Plaintiff,                    | **PROCTORIO INC.'S NOTICE OF**
17  v.                                        | **SERVICE OF DISCOVERY**
18  Proctorio, Inc., a Delaware corporation,
19              Defendant.

20  Proctorio, Inc., a Delaware corporation,
21              Counterclaimant,
22  v.
23  Erik Johnson, an individual,
24              Counterdefendant.

25      Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its
26  undersigned counsel, hereby gives notice that its First Set of Requests for Admission was
27  served upon Plaintiff Erik Johnson, via email to Plaintiff's counsel of record, on February
28

                                              1

1  22, 2022.

    Dated:  February 22, 2022                    CROWELL & MORING LLP


                                                 By:  /s/ *Jacob Canter*
                                                     Jacob Canter*
                                                     **CROWELL & MORING LLP**
                                                     3 Embarcadero Center, 26th floor
                                                     San Francisco, CA 94111
                                                     Telephone: (415) 986-2800
                                                     Email: JCanter@crowell.com

                                                     Justin D. Kingsolver
                                                     **CROWELL & MORING LLP**
                                                     1001 Pennsylvania Avenue NW
                                                     Washington, D.C. 20004
                                                     Telephone: (202) 624-2500
                                                     Email: JKingsolver@crowell.com

                                                     Gabriel M. Ramsey*
                                                     Kristin Madigan*
                                                     Kayvan M Ghaffari*
                                                     **CROWELL & MORING LLP**
                                                     3 Embarcadero Center, 26th floor
                                                     San Francisco, CA 94111
                                                     Telephone: (415) 986-2800
                                                     Email: GRamsey@crowell.com

                                                       *Admitted pro hac vice.*

                                                     *Attorneys for Defendant Proctorio, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By:  */s/ Jacob Canter*
Jacob Canter
*Attorney for Defendant Proctorio, Inc.*