Justin D. Kingsolver (AZ Bar No. 035476)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 624-2500
Email: JKingsolver@crowell.com

Gabriel M. Ramsey (CA Bar No. 209218)*
Kristin Madigan (CA Bar No. 233436)*
Kayvan M. Ghaffari (CA Bar No. 299152)*
Jacob Canter (CA Bar No. 324330)*
**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com

*Admitted pro hac vice*

*Attorneys for Defendant Proctorio, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>                  Plaintiff,<br>v.<br><br>Proctorio, Inc., a Delaware corporation,<br><br>                  Defendant. | Case No. 2:21-cv-00691-DLR<br><br>**PROCTORIO INC.'S NOTICE OF SERVICE OF DISCOVERY** |
| Proctorio, Inc., a Delaware corporation,<br><br>                  Counterclaimant,<br>v.<br><br>Erik Johnson, an individual,<br><br>                  Counterdefendant. | |

Pursuant to LRCiv. 5.2, Defendant Proctorio, Inc. ("Proctorio"), by and through its undersigned counsel, hereby gives notice that its Second Set of Interrogatories was served upon Plaintiff Erik Johnson, via email to Plaintiff's counsel of record, on February 22,

2022.

Dated: February 22, 2022                    CROWELL & MORING LLP


                                            By: _/s/ *Jacob Canter*
                                                Jacob Canter*
                                                **CROWELL & MORING LLP**
                                                3 Embarcadero Center, 26th floor
                                                San Francisco, CA 94111
                                                Telephone: (415) 986-2800
                                                Email: JCanter@crowell.com

                                                Justin D. Kingsolver
                                                **CROWELL & MORING LLP**
                                                1001 Pennsylvania Avenue NW
                                                Washington, D.C. 20004
                                                Telephone: (202) 624-2500
                                                Email: JKingsolver@crowell.com

                                                Gabriel M. Ramsey*
                                                Kristin Madigan*
                                                Kayvan M Ghaffari*
                                                **CROWELL & MORING LLP**
                                                3 Embarcadero Center, 26th floor
                                                San Francisco, CA 94111
                                                Telephone: (415) 986-2800
                                                Email: GRamsey@crowell.com

                                                 **Admitted pro hac vice.*

                                                *Attorneys for Defendant Proctorio, Inc.*

CROWELL & MORING LLP
ATTORNEYS AT LAW

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL & MORING LLP
ATTORNEYS AT LAW

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the Court E-Filing system, which sends notification of such filings to all registered participants.

By*:   /s/ Jacob Canter*

Jacob Canter
*Attorney for Defendant Proctorio, Inc.*