Eric M. Fraser, 027241
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Cara Gagliano (*pro hac vice*)
Hannah Zhao (*pro hac vice*)
Andrew Crocker (*pro hac vice*)
Mitch Stoltz (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
(415) 436-9333
cara@eff.org
zhao@eff.org
andrew@eff.org
mitch@eff.org

Attorneys for Plaintiff-Counterdefendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>                              Plaintiff,<br><br>vs.<br><br>Proctorio Inc., a Delaware corporation,<br><br>                              Defendant. | No. CV-21-00691-PHX-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |
| Proctorio Inc., a Delaware corporation,<br><br>                              Counterclaimant,<br><br>vs.<br><br>Erik Johnson, an individual,<br><br>                              Counterdefendant. | |

1  NOTICE IS HEREBY GIVEN that attorneys for Plaintiff-Counterdefendant served via email Plaintiff-Counterdefendant Erik Johnson's First Set of Requests for Admission, Second Set of Requests for Production, and Second Set of Interrogatories to Defendant-Counterclaimant Proctorio, Inc. on February 22, 2022.

DATED this 23rd day of February, 2022.

>OSBORN MALEDON, P.A.
>
>By  s/ Eric M. Fraser
>    Eric M. Fraser
>    2929 North Central Avenue, Ste. 2100
>    Phoenix, Arizona  85012-2793
>
>ELECTRONIC FRONTIER FOUNDATION
>Cara Gagliano (*pro hac vice*)
>Hannah Zhao (*pro hac vice*)
>Andrew Crocker (*pro hac vice*)
>Mitch Stoltz (*pro hac vice*)
>815 Eddy Street
>San Francisco, California 94109
>
>Attorneys for Plaintiff-Counterdefendant