Eric M. Fraser, 027241
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Cara Gagliano (*pro hac vice*)
Hannah Zhao (*pro hac vice*)
Andrew Crocker (*pro hac vice*)
Mitchell L. Stoltz (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
(415) 436-9333
cara@eff.org
zhao@eff.org
andrew@eff.org
mitch@eff.org

Attorneys for Plaintiff-Counterdefendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>                     Plaintiff,<br>vs.<br><br>Proctorio Inc., a Delaware corporation,<br><br>                     Defendant. | No. CV-21-00691-PHX-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |
| Proctorio Inc., a Delaware corporation,<br><br>                     Counterclaimant,<br>vs.<br><br>Erik Johnson, an individual,<br><br>                     Counterdefendant. | |

NOTICE IS HEREBY GIVEN that attorneys for Plaintiff-Counterdefendant served via email Plaintiff-Counterdefendant Erik Johnson's Response to Proctorio Inc.'s First Set of Interrogatories to Defendant-Counterclaimant Proctorio, Inc. on March 2, 2022.

DATED this 8th day of March, 2022.

                        OSBORN MALEDON, P.A.

                        By  s/ Eric M. Fraser
                              Eric M. Fraser
                              2929 North Central Avenue, Ste. 2100
                              Phoenix, Arizona  85012-2793

                        ELECTRONIC FRONTIER FOUNDATION
                        Cara Gagliano (*pro hac vice*)
                        Hannah Zhao (*pro hac vice*)
                        Andrew Crocker (*pro hac vice*)
                        Mitchell L. Stoltz (*pro hac vice*)
                        815 Eddy Street
                        San Francisco, California 94109

                        Attorneys for Plaintiff-Counterdefendant