1  Justin D. Kingsolver
   State Bar No. 035476
2  **CROWELL & MORING LLP**
   1001 Pennsylvania Avenue NW
3  Washington, DC 20004
   Telephone: (202) 624-2500
4  Facsimile: (202) 628-5116
   Email: JKingsolver@crowell.com
5
   *Attorney for Defendant Proctorio, Inc.*
6

7              **IN THE UNITED STATES DISTRICT COURT**
                  **FOR THE DISTRICT OF ARIZONA**
8

9

10  Erik Johnson, an individual,              No. 2:21-cv-00691-DLR
                       Plaintiff,
11  v.                                        **STIPULATED MOTION TO EXTEND**
                                              **DEADLINE FOR COMPLETION OF**
12  Proctorio, Inc., a Delaware corporation,  **DEPOSITIONS & FACT DISCOVERY**
                       Defendant.
13

14  ─────────────────────────────

15  Proctorio, Inc., a Delaware corporation,
16                     Counterclaimant,

17  v.

18  Erik Johnson, an individual,
19                     Counterdefendant.

20

21        The parties, by and through undersigned counsel, submit this Stipulated Motion

22  to Extend the Deadline for Completion of Fact Discovery.  The current deadline for

23  completion of fact discovery is April 8, 2022. (Dkt. #46).  As the Court is aware from

24
    the notices filed on the docket, discovery in this case has been progressing.  As part of
25
    discovery, Proctorio, Inc. intends to depose Erik Johnson and Jennifer Johnson, and Mr.
26
27  Johnson intends to depose Michael Olsen, John DeVoy, Punisa Zdravkovic, and

28
                                        1

Proctorio, Inc.  Mr. Olsen will be the designee for the Proctorio deposition.  Erik Johnson will be deposed on March 25, 2022 in Chicago, Illinois.  Jennifer Johnson will be deposed on March 28, 2022 in Chicago, Illinois.

Due to prior commitments and scheduling conflicts involving counsel and the deponents Michael Olsen, John DeVoy, and Punisa Zdravkovic – one of whom is located in Serbia and has been hospitalized with severe COVID-19 – these depositions cannot occur before the deposition deadline in the Schedule Order of April 3, 2022.  (Dkt #46).

Accordingly, the parties have agreed to jointly request that the Court further amend the Scheduling Order so as to permit the parties to complete the remaining witness depositions according to the following agreed schedule:

| | |
|---|---|
| John DeVoy | April 7, 2022 |
| Michael Olsen | April 11, 2022 |
| Punisa Zdravkovic | April 13, 2022 |

Neither party presently anticipates any further request to extend the deadlines for completion of fact discovery or any other deadline, absent some exigent or unforeseen circumstance.

Based on the foregoing, the parties respectfully ask the Court to enter an Amended Scheduling Order extending the deadline for the completion of fact discovery, including the completion of depositions, to **April 15, 2022**.  The request is made in good faith and not for the purpose of interposing any unnecessary delay in these proceedings.  A proposed form of Order is attached as **Exhibit A**.

RESPECTFULLY SUBMITTED this 18th day of March, 2022.

Electronic Frontier Foundation

By: */s/ Cara Gagliano*

Cara Gagliano (pro hac vice)
Hannah Zhao (pro hac vice)
Andrew Crocker (pro hac vice)
Mitchell L. Stoltz (pro hac vice)
**Electronic Frontier Foundation**
815 Eddy Street
San Francisco, California 94109

Eric M. Fraser
**Osborn Maledon, P.A.**
2929 North Central Avenue, Ste. 2100
Phoenix, Arizona 85012-2793

Attorneys for Mr. Johnson

Crowell & Moring LLP

By:  */s/ Justin D. Kingsolver*

Justin D. Kingsolver
**Crowell & Moring LLP**
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: JKingsolver@crowell.com

Gabriel M. Ramsey (pro hac vice)
Jacob Canter (pro hac vice)
**Crowell & Moring LLP**
3 Embarcadero Center 26th Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Email: GRamsey@crowell.com
Email: JCanter@crowell.com

*Attorneys for Proctorio, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, I caused this document to be

electronically filed using the District of Arizona's CM/ECF system, which sends

electronic notices of such filing to all parties of record.

By: */s/ Justin D. Kingsolver*
Justin D. Kingsolver
*Attorney for Proctorio, Inc.*