## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Erik Johnson, an individual,
                        Plaintiff,

v.

Proctorio, Inc., a Delaware corporation,
                        Defendant.

_____

Proctorio, Inc., a Delaware corporation,
                        Counterclaimant,

v.

Erik Johnson, an individual,
                        Counterdefendant.

No. 2:21-cv-00691-DLR

**ORDER EXTENDING DEADLINE FOR THE COMPLETION OF FACT DISCOVERY & DEPOSITIONS**

The Court, having received and review the parties' Stipulated Motion to Extend Deadline For Completion Of Fact Discovery and finding good cause for same,

**IT IS HEREBY ORDERED** that the deadline for the completion of fact discovery is hereby extended to **April 15, 2022** in order to allow for the deposition of John DeVoy on April 7, 2022; Michael Olsen and Proctorio, Inc. on April 11, 2022; and Punisa Zdravkovic on April 13, 2022.

Dated this _____ day of _____, 2022.


_____
The Hon. Douglas L. Rayes
United States District Judge