Eric M. Fraser, 027241
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012
(602) 640-9000
efraser@omlaw.com

Cara Gagliano (*pro hac vice*)
Hannah Zhao (*pro hac vice*)
Mitchell Stoltz (*pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, California 94109
(415) 436-9333
cara@eff.org
zhao@eff.org
mitch@eff.org

Attorneys for Plaintiff-Counterdefendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual, | No. CV-21-00691-PHX-DLR |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| Proctorio Inc., a Delaware corporation, | |
| Defendant. | |
| Proctorio Inc., a Delaware corporation, | |
| Counterclaimant, | |
| vs. | |
| Erik Johnson, an individual, | |
| Counterdefendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), Plaintiff/Counterdefendant Erik Johnson and Defendant/Counterclaimant Proctorio Inc. hereby jointly stipulate to dismissal of the above-captioned action, including counterclaims, with prejudice. Each party shall bear its own costs.

DATED this 24th day of March, 2022.

        OSBORN MALEDON, P.A.

        By  s/ Eric M. Fraser
            Eric M. Fraser
            2929 North Central Avenue, Ste. 2100
            Phoenix, Arizona  85012-2793

        ELECTRONIC FRONTIER FOUNDATION
            Cara Gagliano (*pro hac vice*)
            Hannah Zhao (*pro hac vice*)
            Mitchell Stoltz (*pro hac vice*)
            815 Eddy Street
            San Francisco, California 94109

        Attorneys for Plaintiff/Counterdefendant

        CROWELL & MORING LLP

        By  s/ Justin D. Kingsolver (with permission)
            Gabriel M. Ramsey, *pro hac vice*
            Kristin Madigan, *pro hac vice*
            Kayvan M. Ghaffari, *pro hac vice*
            Jacob Cantor, *pro hac vice*
            3 Embarcadero Center, 26th Floor
            San Francisco, CA 94111

            Justin D. Kingsolver
            1001 Pennsylvania Ave. NW
            Washington, D.C. 20004

        Attorneys for Defendant/Counterclaimant