UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>Proctorio Inc., a Delaware corporation,<br><br>                Defendant.<br><br>Proctorio Inc., a Delaware corporation,<br><br>                Counterclaimant,<br><br>vs.<br><br>Erik Johnson, an individual,<br><br>                Counterdefendant. | No. CV-21-00691-PHX-DLR<br><br>**ORDER OF DISMISSAL** |

    Upon the stipulation of the parties, and good cause appearing,

    IT IS ORDERED that this case, including counterclaims, is hereby DISMISSED with prejudice.  Each party shall bear its own costs.