# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Erik Johnson, | No. CV-21-00691-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Proctorio Incorporated, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation for Dismissal (Doc. 67), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 29th day of March, 2022.

Douglas L. Rayes
United States District Judge